Lawrence H. Meuers (SBN 197663)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109-5932
Telephone: (239)513-9191
Facsimile: (239)513-9677
lmeuers@meuerslawfirm.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BERTI PRODUCE OAKLAND, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RALPH A. PAIGE, JR. dba SONOMA COUNTY GROWERS EXCHANGE, <br><br> Defendant. | Case No.: 3:10-cv-04502-EMC |

**ORDER ON STIPULATION FOR JUDGMENT UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (7 U.S.C. §499e)**
AS MODIFIED HEREIN

Presently before this Court is the Stipulation for Judgment under the Perishable Agricultural Commodities Act (7 U.S.C. §499e). After my review of the Stipulation, and being otherwise fully advised in the premises,

**IT IS ORDERED**:

A. Berti Produce Oakland, Inc. is a valid trust beneficiary of Ralph A. Paige, Jr. dba Sonoma County Growers Exchange ("Paige") in accordance with Section 5(c) of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499e(c), in the aggregate amount of $45,611.25, inclusive of interest and attorneys' fees as of the date of

1 the Stipulation, for violation of PACA by failing to maintain PACA trust assets and pay
2 Berti Produce Oakland, Inc. promptly under 7 U.S.C. §§499b(4) and e(c).

3     B.    The Temporary Restraining Order entered on October 6, 2010 is dissolved
4 and rendered ineffective.

5     C.    Judgment is hereby entered in favor of Berti Produce Oakland, Inc. and
6 against Defendant Paige in the amount of $45,611.25, inclusive of interest and attorneys'
7 fees as of the date of this Order.

8     D.    Post-judgment interest shall accrue on the above amount at the current
9 post-judgment rate per annum pursuant to 28 U.S.C. §1961 from the date of the entry of
10 this Judgment until paid in full.

11     E.    This case shall be ~~administratively~~ closed, with this Court retaining
12 complete jurisdiction for a period of one year from the date of this Order to reopen this case to enforce the terms of the Stipulation and the
13 Settlement Agreement upon application by either party.

14     **IT IS SO ORDERED** in Chambers on October 8 , 2010.

15
16     Jeffrey S. White
    United States District Court
17

18     The briefing schedule and hearing date previously set by the Court are VACATED.

---

Order on Stipulation For Judgment Under The     Page 2 of 2
Perishable Agricultural Commodities Act (7 U.S.C.
§499e)